PHILLIP A. TALBERT
Acting United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

**FILED**
Apr 06, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of: | CASE NO.: 2:21-SW-00126-DB |
|---|---|
| Information associated with Facebook user ID 100011985227160 that is stored at premises controlled by Facebook | REQUEST TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

## REQUEST TO UNSEAL

The search warrant in the above-captioned matter has been executed, and the United States seeks to produce to defense counsel the search warrant application, accompanying files, and returns. As a result, there is no need for the search warrant or search warrant affidavit to remain under seal. Accordingly, the United States asks that the Court order that the search warrant, search warrant affidavit, and related case filings be unsealed.

Dated: April 6, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ SAM STEFANKI
SAM STEFANKI
Assistant United States Attorney

REQUEST TO UNSEAL SEARCH WARRANT